# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

### SUMMONS IN A CRIMINAL CASE

UNITED STATES OF AMERICA

v.                                             Case. No.  3:25cr141

Linda Natelle Brown

*(please see additional page for personal identifiers)*

**YOU ARE HEREBY SUMMONED** to appear before the United States District Court at the place, date and time set forth below.

| | |
|---|---|
| PLACE: **UNITED STATES DISTRICT COURT**<br>**701 EAST BROAD STREET**<br>**RICHMOND, VIRGINIA 23219** | COURTROOM:<br>**5300**<br>Initial and Bond Hearing<br><br>DATE & TIME:<br>**10/7/2025 @ 1:00 P.M.** |

Before: The Honorable Mark R. Colombell

To answer a(n):

☐ **Indictment**   ☐ **Superseding Indictment**   ☒ **Criminal Information**   ☐ **Complaint**
☐ **Order of Court**   ☐ **Sealed Order of Court**
☐ **Petition on Supervised Release**   ☐ **Petition on Probation**
☐ **Violation of Pretrial Release**   ☐ **Violation Notice**

Charging you with a violation of: SEE ATTACHED.
Brief description of offense: SEE ATTACHED.

**YOU ARE ALSO SUMMONED TO APPEAR** for a **Plea Hearing** before the Honorable Robert E. Payne on **10/7/2025 at 1:30 P.M.** in Courtroom No. **7400**.

<u>UPON RECEIPT OF THIS SUMMONS, YOU ARE REQUIRED TO CONTACT:
UNITED STATES PRETRIAL SERVICES
Suite 1150
701 East Broad Street
Richmond, Virginia 23219
(804) 916-2800</u>

**FILE COPY**

_____                                    9/18/2025
Signature of Issuing Officer                                                          Date

J. Jones, Deputy Clerk
Name and Title of Issuing Officer