AO83 (Rev. 08/2010) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

### SUMMONS IN A CRIMINAL CASE

UNITED STATES OF AMERICA
v.  Case. No. 3:25cr141
Linda Natelle Brown
*(please see additional page for personal identifiers)*

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

PLACE: **UNITED STATES DISTRICT COURT
701 EAST BROAD STREET
RICHMOND, VIRGINIA 23219**

COURTROOM: 5300
Initial and Bond Hearing

DATE & TIME: 10/7/2025 @ 1:00 P.M.

Before: The Honorable Mark R. Colombell
To answer a(n):

☐ Indictment   ☐ Superseding Indictment   ☒ Criminal Information   ☐ Complaint
☐ Order of Court   ☐ Sealed Order of Court
☐ Petition on Supervised Release   ☐ Petition on Probation
☐ Violation of Pretrial Release   ☐ Violation Notice

Charging you with a violation of: SEE ATTACHED.
Brief description of offense: SEE ATTACHED.

**YOU ARE ALSO SUMMONED TO APPEAR** for a Plea Hearing before the Honorable Robert E. Payne on **10/7/2025 at 1:30 P.M.** in Courtroom No. **7400**.

UPON RECEIPT OF THIS SUMMONS, YOU ARE REQUIRED TO CONTACT:
UNITED STATES PRETRIAL SERVICES
Suite 1150
701 East Broad Street
Richmond, Virginia 23219
(804) 916-2800

_____           9/18/2025
Signature of Issuing Officer                Date

J. Jones, Deputy Clerk
Name and Title of Issuing Officer

On 09/22/25, Deputy U.S. Marshal spoke to Ashlee Martin who is the attorney of record for Linda Brown, Ms. Martin informed Deputy U.S. Marshal that Martin would accepted the Summons on behalf of Linda Brown.